UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DONALD CARLOS SEOANE,

Plaintiff,

v. Case No. 26-CV-1471

DONALD TRUMP et al.,

Defendants.

---

**DECISION AND ORDER**

---

Plaintiff Donald Carlos Seoane is a prisoner at Osceola County Corrections in Seminole, Florida and is representing himself in this 42 U.S.C. § 1983 case. After reviewing the complaint, the Court concludes that this action must be dismissed because venue in this district is not proper.

When, as here, the Court's jurisdiction is not based solely on diversity of citizenship, 28 U.S.C. § 1391(b) applies to determine proper venue. That section provides that a civil action may be brought in:

> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;
>
> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or
>
> (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b).

Plaintiff is currently incarcerated in Florida and the events giving rise to his claims occurred in Florida. As such, the proper venue for this action is in Florida. Under 28 U.S.C.

§ 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."

It is not in the interests of justice to transfer Plaintiff's case to the district in which he should have filed the case in the first place. Even though none of the events giving rise to his claims occurred in Wisconsin, for unexplained reasons, Plaintiff filed his complaint in the wrong district. As a result, this Court used its time and resources to process and act on a case that should never have been filed here. The Court declines to reward Plaintiff by overlooking this error, whether intentional or not, and sending his case to the district where he resides and likely knew was the proper venue at the time he chose to file the case here. The Court will therefore dismiss this case without prejudice so Plaintiff may file it in the correct district, if he so chooses.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice** because venue in this district is improper.

Dated at Green Bay, Wisconsin on September 1, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge